For plaintiff: James H. Harahan.

For defendant: Hinckley, Allen, Tillinghast & Wheeler.

William A. Drewett
vs. }  No. 92987.
United Electric Railways Co.

January 7, 1935.

O'CONNELL, J. Heard on defendant's motion for new trial after verdict for the plaintiff in the sum of $7,500.

After a careful consideration of the evidence in this case, the Court is of the opinion that the plaintiff has proven his case by a fair preponderance of the credible testimony and that a verdict in favor of the plaintiff was fully justified and warranted under the evidence submitted.

The Court is of the opinion, however, that the verdict was clearly excessive. The plaintiff's expenses for medical attendance, hospital care and operation were approximately $1,000 and his loss of wages was $1,500. The Court believes that the sum of $4,000 would be ample compensation for pain and suffering and the disability arising from his injuries.

The sum of $6,500 would appear to the Court to be the maximum amount to which the plaintiff is entitled and any sum above that amount is clearly excessive.

If the plaintiff shall, within ten days from the filing of this decision, remit all of said verdict in excess of $6,500, a new trial is denied, otherwise a new trial is ordered.

For plaintiff: Knauer and Fowler.

For defendant: Clifford, Whipple & Sweeney.